IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| P.R., <br><br> Plaintiff, <br><br> v. <br><br> United States of America, <br><br> Defendant. | Case No. 7:21-cv-73-HL |

### PROTECTIVE ORDER REGARDING IDENTITY OF P.R.

Pursuant to Federal Rule of Civil Procedure 26(c), the following confidentiality and protective order regarding the identity of Plaintiff P.R. ("Identity Protective Order") is entered solely to govern the dissemination of information related to P.R.'s true identity.

**1. Information and Evidence Protected by this Identity Protective Order**

The information governed by this Identity Protective Order includes only the information, documents, and other evidence necessary to verify the identity of Plaintiff P.R., who is proceeding in this case under a pseudonym. This Identity Protective Order is not intended to govern or address information or documents that may otherwise be subject to discovery should discovery commence later in this case.

**2. Persons Qualified to Receive Information Subject to Identity Protective Order**

The information and evidence addressed in this Identity Protective Order may be disclosed the following individuals:

a) the parties, if natural persons;

b) if the party is an entity, officers or employees of the party; and

c) retained counsel for the parties in this litigation and their respective staff.

The information and evidence addressed in this Identity Protective Order may be disclosed to additional persons subject to the disposition of any motions to dismiss that may be filed. If additional disclosure becomes necessary following initial motions, that disclosure will be addressed in a supplemental protective order that will be negotiated prior to the commencement of the discovery period.

3.  **Required Disclosure of Confidential Information**

The information and evidence subject to this Identity Protective Order shall not be disclosed or made available to persons other than Qualified Persons except as necessary to comply with applicable law or court order. If any party, or that party's counsel, is required by law or court order to disclose the information or evidence to any person or entity not identified in Paragraph 2, the party or the party's counsel who is being required to disclose it shall notify counsel as far in advance of disclosure as is reasonably possible (not less than two weeks, in the absence of good cause), so that the producing party may object and seek further protection as necessary. Any objection to production must be made within five days of such notification.

4.  **Use of Confidential Information**

All information and evidence covered by this Identity Protective Order that is provided by any party or nonparty in the course of this litigation shall be used solely for the purpose of this litigation, including any appeal, and shall not be disclosed except in accordance with the terms herein.

5.  **Modifications**

The parties may, by stipulation, provide for exceptions to this Protective Order and any party may seek an order of this court modifying this Protective Order.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

                                                      Respectfully submitted,

Date: July 27, 2021

                                                     MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND

/s/ *Tanya G. Pellegrini*

Belinda Escobosa Helzer (CA Bar No. 214178)*
Tanya G. Pellegrini (CA Bar No. 285186)*
Juan Rodriguez (CA Bar No. 282081)*
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
bescobosa@maldef.org
tpellegrini@maldef.org
jrodriguez@maldef.org

ESHMAN BEGNAUD, LLC
Mark Begnaud
Georgia Bar No. 217641
mbegnaud@eshmanbegnaud.com
Michael J. Eshman
Georgia Bar No. 365497
meshman@eshmanbegnaud.com
315 W. Ponce De Leon Ave., Suite 775
Decautur, GA 30030
Telephone: (404) 491-0170

*Admitted *pro hac vice*

*Attorneys for Plaintiff P.R.*

Date: July 27, 2021

**PETER D. LEARY**
**ACTING UNITED STATES ATTORNEY**

 /s/ *Amelia G. Helmick*
AMELIA G. HELMICK
Assistant United States Attorney
Georgia Bar No. 142673
amy.helmick@usdoj.gov

BOWEN REICHERT SHOEMAKER
Assistant United States Attorney
Georgia Bar No. 222443
bowen.shoemaker@usdoj.gov
U.S. Attorney's Office Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Phone: (478) 752-3511

*Attorneys for Defendant United States of America*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:   8/16/2021

　　　　　　　　　　　　s/Hugh Lawson
　　　　　　　　　　　　Honorable Hugh Lawson
　　　　　　　　　　　　Senior United States District Court Judge